No. 00–283.   IN RE MEREDITH;
No. 00–5679.   IN RE HARMON ET AL.; and
No. 00–5764.   IN RE LIVSHITS.   Petitions for writs of mandamus denied.

No. 00–203.   UNITED STATES v. CLEVELAND INDIANS BASEBALL CO.   C. A. 6th Cir.   Certiorari granted.

No. 99–1978.   UNITED STATES v. HATTER, JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL.   C. A. Fed. Cir.   Certiorari granted.   JUSTICE STEVENS and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–9003.   HARRISON v. UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 99–9614.   WARD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 99–9627.   COOK v. MISSOURI.   Ct. App. Mo., Western Dist.   Certiorari denied.

No. 99–9712.   JOSEPH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 99–9840.   HOOD v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 99–10028.   MARSHALL v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 99–10054.   MANN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 00–61.   T. E. G./L. V. I. ENVIRONMENTAL SERVICES, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. D. C. Cir.   Certiorari denied.

No. 00–93.   INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION No. 12 v. CALMAT CO. ET AL.   C. A. 9th Cir.   Certiorari denied.